UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 25-14061-CIV-CANNON

**HOWARD COHAN**,

    Plaintiff,

  v.

**RACETRAC, INC.,**
*d/b/a* **RACETRAC #2347**,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** comes before the Court upon the Joint Notice of Settlement, filed on April 8, 2025, in which the parties advise that they have settled this matter [ECF No. 8]. The Court has carefully reviewed the file and is fully advised. Upon review, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Joint Stipulation of Dismissal on or before **May 8, 2025**. *See* Fed. R. Civ P. 41.

2. The parties are advised that the Court generally does not retain jurisdiction over private settlement agreements, regarding them as a matter of private contract between the parties. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1281 (11th Cir. 2012).

3. If the parties fail to complete the expected settlement, any party may move the Court to reopen the case.

4. The Clerk shall **CLOSE** this case for administrative purposes only. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all

CASE NO. 25-14061-CIV-CANNON

deadlines are **TERMINATED**.

**ORDERED** in Chambers at Fort Pierce, Florida, this 9th day of April 2025.

AILEEN M. CANNON
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record